DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Cynthia Hopson**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>                      Plaintiff,<br><br>v.<br><br>**HAPPY BEE'S, INC.,** as an entity and doing business as "Perko's Cafe #120", and **DOES** 1-50, Inclusive,<br><br>                      Defendants. | Case No.: **1:19-cv-01748-JDP**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: May 21st, 2020

/s/ Daniel Malakauskas_____
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff