UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>HAPPY BEE'S, INC.,<br><br>          Defendant. | Case No. 1:19-cv-01748-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE<br><br>ECF No. 11 |

On May 21, 2020, plaintiff filed a notice of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1). The opposing party has not yet served an answer or a motion for summary judgment. The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated:   May 26, 2020                          _____
                                                                        UNITED STATES MAGISTRATE JUDGE


No. 205.